(June 7, 1948.)

In the Matter of ROBERT J. FRANCISCO, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Appellants.— Motion granted, with $10 costs, and appeal dismissed, without costs. An appeal from an intermediate order in a proceeding under article 78 of the Civil Practice Act may be taken only in conjunction with an appeal from the final order therein. (Civ. Prac. Act, § 1304.) Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

THOMAS B. COLEMAN, JR., Appellant, v. SAMUEL P. FRANK, Defendant, and JOSEPH CELIANO, Respondent.— Action to recover damages for personal injuries suffered by plaintiff when the taxicab in which he was a passenger, owned and operated by defendant Frank, ran into the rear of an automobile owned and operated by defendant Celiano. The jury returned a verdict in favor of plaintiff and against both defendants. The court denied a motion by defendant Frank to set aside the verdict as to him, but granted a similar motion by Celiano and set aside the verdict and granted a new trial on the ground that the verdict, as to him, was against the weight of the evidence. Order setting aside verdict against defendant Celiano as against the weight of the evidence and granting a new trial, insofar as appealed from, unanimously affirmed, with costs to abide the event. No opinion. Appeal from judgment dismissed, without costs. Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. MELVIN NEWMAN, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

FELIX CRISTIANO, Doing Business as HARRISON RADIO AND ELECTRICAL SERVICE, Respondent, v. LEON A. E. MOLLET, Appellant.— Action to recover the balance due for materials furnished and work, labor and services rendered by the plaintiff to the defendant. Judgment for the plaintiff unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

J. FREEMAN DIXON et al., Appellants, v. NEW YORK TRAP ROCK CORPORATION, Respondent.— Action to recover damages for injury and damage alleged to have been done to plaintiffs' persons and property by blasting at defendant's quarry since January 15, 1941. Judgment dismissing the amended complaint on the merits, entered on the decision of an official referee, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.